# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

FILED
Scott L. Poff, Clerk
United States District Court

By casbell at 2:19 pm, Apr 03, 2017

UNTERIO MOORE,

    Plaintiff,

    v.

PALANGA SPIRIT, in rem;
BALTHELLAS CHARTERING SA; and
PALANGA SPIRIT NAVIGATION,
LTD.;

    Defendants.

No. 2:16-CV-120

## ORDER

    Plaintiff Unterio Moore's unopposed Motion to Add Party, dkt. no. 11, is **GRANTED**. Federal Rule of Civil Procedure 19(a)(1)(A) requires addition of a person "subject to service of process . . . whose joinder will not deprive the court of subject-matter jurisdiction" if, "in that person's absence, the court cannot accord complete relief among existing parties." Federal Rule of Civil Procedure 21 allows the Court to, "on just terms, add . . . a party."

    Moore seeks to add Mid-South Feeds, Inc. He alleges that he was injured while working as a longshoreman aboard the Palanga Spirit; the Palanga Spirit was under a time charter between Defendant Palanga Spirit Navigation, Ltd. and Mid-

South Feeds, Inc. at the time; and he has "been unable to conclusively establish [Mid-South Feeds, Inc.'s] relationship to Defendants." Dkt. No. 11 at 1-2. It thus appears that the Court cannot afford complete relief unless Mid-South Feeds, Inc. is added. It further seems that Mid-South Feeds, Inc. is subject to service of process, as Moore presented evidence that it is a Georgia corporation. Dkt. No. 11-3. Lastly, it does not appear that Mid-South Feeds, Inc.'s joinder would destroy the Court's subject-matter jurisdiction, as there is an action under admiralty and other federal laws here, and so the Court could retain supplemental jurisdiction over the other claims even in the absence of total diversity. Dkt. No. 1 ¶ 28; Am. Hous. Preservation Corp. v. NEF Assignment Corp., No. CV414-004, 2015 WL 1419508, at *2 n.2 (S.D. Ga. Mar. 27, 2015).

Thus, the present motion is **GRANTED**. It is hereby **ORDERED** that Mid-South Feeds, Inc. is made a party defendant to this action, Unterio Moore will amend his complaint accordingly within **14 days** of today's Order, and Moore will cause a copy of the amended complaint to be served upon all party defendants in accordance with law.

**SO ORDERED,** this 3rd day of April, 2017.

                                              /s/ Lisa Godbey Wood
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA